## STATEMENT OF FACTS

### BACKGROUND ON THE NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN'S CYBERTIPLINE

Based on my training and experience, and publicly available information, I know that the National Center for Missing and Exploited Children (NCMEC) is a nonprofit organization in Alexandria, Virginia, that works with law enforcement on issues related to missing and sexually exploited children. One of the services provided and administered by NCMEC is its CyberTipline, which serves as the national clearinghouse for leads regarding sexual exploitation crimes against children.

In addition to reports from the general public, reports are made by U.S. electronic communication service (ECS) providers and remote computing services (RCS), which are required by 18 U.S.C. § 2258A to report "apparent child pornography" to NCMEC via the CyberTipline if they become aware of the content on their servers. Leads are reviewed by specially trained analysts, who examine and evaluate the reported content, add related information that may be useful to law enforcement, use publicly available search tools to determine the geographic location of the apparent criminal act, and ultimately provide all of the gathered information to the appropriate law enforcement agency for review and possible investigation.

The CyberTipline receives reports, known as CyberTips, about the possession, production and distribution of child pornography; online enticement of children for sexual acts; child prostitution; sex tourism involving children; child sexual molestation; unsolicited obscene material sent to a child; misleading domain names; and misleading words or digital images on the Internet.

The CyberTip reports will vary in detail depending on the nature of the report, and which entity submits it. The reports can include information (1) relating to the identity of any individual who appears to have violated federal law by committing or attempting to commit the criminal

conduct described above; (2) historical information on when or how a customer or subscriber of an ECS or RCS uploaded, transmitted, or received apparent child pornography; (3) geographical information on the involved individual or website, which may include the IP Address or verified billing address or geographic identifying information, including area code or zip code; (4) any images of apparent child pornography; and (5) the complete communication containing any image of apparent child pornography.  *See* 18 U.S.C. § 2258A(b).

IMAGE AND VIDEO SHARING SITE A[1]

Information has been provided to me that Site A is an online media sharing website/mobile application where individuals can create private groups to share images and videos.  Site A is a form of real-time direct text-based communication between two or more people using shared clients.  The communication is conveyed via devices connected over a network such as the Internet.  Site A can be accessed in three different ways:  1) through a web browser; 2) through an Android device; or 3) through an iOS device.

In order to obtain an account on Site A, a user must register with an email account.  A user also chooses a user name and is assigned a unique user ID.   Based on my training and experience, the user name need not be the user's real name.[2]

Law enforcement's online-research of and accessing of Site A revealed that any user can create a group for communication and image/video sharing with other users on Site A.  Whoever

---

[1] The actual name of "Site A" is known to law enforcement. Disclosure of the name of the site would potentially alert its members to the fact that law enforcement action is being taken against the site and its users, potentially provoking members to notify other members of law enforcement action, flee, and/or destroy evidence. Accordingly, for purposes of the confidentiality and integrity of the ongoing investigation involved in this matter, specific names and other identifying factors have been replaced with generic terms and the website will be identified as Site A.

[2] In my training and experience, however, evidence of the true identity of the owner of an electronic account, to include personal information, pictures, and residential or work place locations and addresses, may be found in e-mail, instant messages, or other postings and information associated with the account.

creates the group becomes an administrator of that group and can add additional administrators. An administrator can decide who has access to the group.

## IMAGE AND VIDEO SHARING SITE B[3]

Information has been provided to me that Site B is another online media sharing website/mobile application where individuals can create groups to share images and videos. Site B is a form of real-time direct text-based communication between two or more people using shared clients. The communication is conveyed via devices connected over a network such as the Internet. Site B can be accessed in three different ways: 1) through a web browser; 2) through an Android device; or 3) through an iOS device.

In order to obtain an account on Site B, a user must register with an email account, which does not have to be verified. A user then chooses a unique user ID and has the option to create a display name. If the user chooses a display name, that name will appear in the membership list(s) for the group(s) of which the user is a member, and when the user makes a comment in a group. Information provided to me indicated that the display name need not be the user's real name. If the user does not choose a display name, the unique user ID will appear instead.

Information provided to me regarding Site B revealed that anybody can sign up for an account. However, some of the chat groups on the site require an invitation to have access to the content. There are three types of users: chat group creators, chat group moderators, and ordinary users. All users have the ability to create a chat group. Once a chat group has been created, the creator can then invite other Site B users to join the chat group. The creator can then give the other

---

[3] The actual name of "Site B" is known to law enforcement. Disclosure of the name of the site would potentially alert its members to the fact that law enforcement action is being taken against the site and its users, potentially provoking members to notify other members of law enforcement action, flee, and/or destroy evidence. Accordingly, for purposes of the confidentiality and integrity of the ongoing investigation involved in this matter, specific names and other identifying factors have been replaced with generic terms and the website will be identified as Site B.

users one of two types of group access: either moderator access or ordinary user access. Users who have been granted moderator status have the ability to invite other users to the chat group, while ordinary users can only view and post in the chat group. In each of the chat groups, a list of members is visible to the right of the chat. When one clicks on the member's display name, one is directed to the member's full profile page. This page contains the member's unique user ID.

DETAILS OF THE INVESTIGATION

In September 2017, the FBI received CyberTip reports from NCMEC that started an investigation into people in the United States utilizing Site A in order to share child pornography image and video files. According to the NCMEC report, the owner of Site A located suspected child pornography uploaded to a private group named "Cutecollector," which was created on August 29, 2017. The owner of the site provided the files and related user data to NCMEC. Those CyberTips were provided to me.

The "Cutecollector" group contained 620 images and 32 videos. I reviewed these files and saw that most of them depicted child erotica or child pornography, which included penetration and/or sadism and masochistic images/videos. There was not any adult pornography or erotica observed in these files. For example, some of the images showed prepubescent girls positioned to expose their genitals, engaged in sexual activity with adult males, and masturbating.

The owner of Site A identified 36 members in the "Cutecollector" group and provided their subscriber information and their sexually related comments in the group to NCMEC. Out of the 36 members, four members were identified as administrators. I reviewed the logs of one of the administrator's uploads and saw that he used the email address "cutecollector@yandex.com" and the username "Cutecollector C", and was assigned the User ID 1268874 (hereinafter "Administrator 1"). I reviewed Administrator 1's activity and saw he uploaded hundreds of

images/videos in the group, including child pornography, and visited the "Cutecollector" group numerous times, as well as making numerous comments regarding images in the group.

The following are examples of files uploaded to the "Cutecollector" group by Administrator 1:

    a. The file titled "photo_42363824_2017-04-21_22.23.10", uploaded on 04/21/2017 at 10:23 PM (time zone unknown), is a video file that depicts an adult male appearing to have anal sex with a prepubescent female child. The male removes his penis and appears to ejaculate, possibly on the child.

    b. The file titled "photo_42318553_2017-09-09_13.57.06", uploaded on 09/09/2017 at 1:57 PM (time zone unknown), is a video file that depicts a toddler-aged prepubescent female child lying on her back. What appears to be an adult hand is utilizing a purple penis-shaped object to rub on, and almost insert into, the child's vaginal and anal areas. At the end of the video, the adult hands the child the object and the child appears to place it on her vaginal area, at which point the video ends.

The following are examples of the comments made by Administrator 1 in the "Cutecollector" group:

    a. "Hi friends thx u all for coming here I will b looking for admins for here so post ur fav cuties boys or girls and we will vote and who ever have most votes will b admin sounds fun right";

    b. "I have a huge collection of things to share with u guys";

    c. "And is everyone here ok with 'bad things' lol don't wanna scare anyone";[4]

---

[4] The comments were provided to law enforcement by Site A in a format that replaced certain characters, such as quotation marks and apostrophes, with other characters (*e.g.*, "â€œbad thingsâ€" and "donâ€™t"). I have replaced those characters with quotation marks and apostrophes for clarity and to better reflect the original content.

d. "Hello I all thx for joining my group ur feedback will help this group grow and be more fun anyone have any ideas or if u don't like something let me know other than that post what u want share what ever thxx";

e. "If anyone want I can post the mega link I think I have 100picts maybe in it";

f. "U can share vids but have to b 1 min";

g. "Yay we r almost at 500 post thx u guys rock";

h. "Here's to 500 post thx u all soooo much Let's rock and continue to have fun also a nice handjob in this vid lol";

i. "All lil girls should love cum";

j. "Nothing like a lil booty";

k. "If I ever get to baby[sit] my niece this will happen lol";

l. "That lil girl needs some dick in her life"; and

m. "I love boys and follow the link for our boy post plz". This comment included a link to an additional Site A group named "Cutecollector Boys".

Administrator 1 was also the administrator of the "Cutecollector Boys" group. Of the 145 images and 7 videos located in this group, Administrator 1 uploaded approximately 77 of them. I reviewed these files and saw that most of them depicted child erotica or child pornography, which included penetration and/or sadism and masochistic images/videos. For example, Administrator 1 uploaded an image file in September of 2017 titled "photo_42222014_2007-06-04_00.37.10", which depicts an adult male penis anally penetrating a prepubescent male child.

Administrator 1 also posted numerous comments in the "Cutecollector Boys" group. The following are examples of Administrator 1's comments:

a. "Hello u guys can app people or whatever post what u like n thx for coming".

6

      This post included a Dropbox link (the contents of which are unknown);

b. "Wish the guy would have cum lol love this vid";

c. "I'll fall sleep in his ass";

d. "Any members who don't have post will be removed soon thx";

e. "Cute chubby boy"; and

f. "I'll b removing people with zero post u have been warned lol".

Administrator 1 was also identified as being a member of 4 additional Site A groups, which mainly contain child erotica.

Investigation by FBI into the above Site A groups subsequently led to discovery of child pornography being shared and discussed in certain Site B groups, including "Letenjoy", "Boylovers", "Hi", and "Loveoftheb". Covert law enforcement activity on Site B identified a Site B user utilizing screen name "thegreatwalll", Site B display name "The Wall", and email address "thegreatwall88@yandex.com" (hereinafter "User 1"), who was a member of these four groups and the creator of group "Hi". User 1 had created group "Hi" on September 10, 2017, after Site A disabled the groups with child pornography; in the newly created "Hi" group, User 1 posted an image of a minor male exposing his penis and commented, "well let's start this party again lol".

Between May 2017 and January 2018, User 1 shared numerous images and links containing numerous images and videos of child pornography with the above-described Site B groups and in one-on-one conversations with another FBI subject who has been found to have shared child pornography on these Site B groups. Additionally, in these groups User 1 participated in conversations focused on trading child pornography. The following are examples of User 1's comments in the Site B groups:

a. "Hey just goty Dropbox back sooo if anyone has any goods pass them to me

      thxxxx";

    b. "Anyone have any vids or Picts of lil boy dressed as a girl getting fucked lol";

    c. "I love sharing what's the point in collecting goods if u can't share lol";

    d. "Hello butt buddies I have created another place for us to chat trade whatever if ur interested click the link." This comment included a link to a Site A group named "Whoops!"

User 1 also made several statements during conversations on these Site B groups related to his identity. For example, he stated that he has five to six Mega.nz accounts, that his Kik username name is "mrstonexyz", that he is known as "Cutecollector" on imgsrc.ru,[5] and that he is black. Further, on June 18, 2017, User 1 said "Hey guys been busy n it was my bday and happy Father's day daddies I hope ur day was full of boners lol". User 1 also stated that he is located in "Nations capital here".

In reviewing his conversations on Site B, I was also able to learn information about User 1's daily patterns and schedule. In one conversation, User 1 stated that he would be on and off the work site until 6:00 PM. Further, User 1 commented several times during the afternoon that he was at work. Additional comments revealed that User 1 appears to arrive at work by 9:00 AM on most days and leave work around 4:00 PM or 5:00 PM on most days.

User 1 also made statements on these Site B groups about his access to children. Specifically, he stated that he "works with a group every Friday that is made up of kids who may have home issues or other things". In another conversation, User 1 indicated that he "had not been

---

[5] Mega.nz provides cloud storage and is frequently used by individuals to store child pornography. Kik is an instant messaging mobile app that is frequently used by individuals with a sexual interest in children to communicate with like-minded individuals and/or minors. Imgsrc.ru is a photo-sharing website that is frequently used by individuals to share child pornography.

with a child, but would like to do a boy first". Additionally, User 1 stated, "I love giving my 7yr old nephew a bath always fun I wish it was more fun but oh well lol". User 1 also stated, "I believe it's all human nature like y can't normal people find kids attractive im 30 been dealing with cp for about 14 yrs never did anything with a kid never will".

A federal grand jury subpoena was sent to Site B for all subscriber information and IP logs pertaining to User 1. The return showed that User 1 used IP address 96.241.90.204 to access Site B from an iPhone and Android device between February 15, 2018 and March 2, 2018. An administrative subpoena was issued to Verizon to provide subscriber information for two specific access dates: February 15, 2018 and February 18, 2018. The results identified the subscriber as Simon Walker,                    , Washington, DC    ,          ,          , username "sxw2006", and account creation date of August 11, 2017. An administrative subpoena to Google, Inc. for "simon.wlkr006@gmail.com" revealed a name of "simon walker" with the most recently used IP address of 96.241.90.204. This account was last logged into on February 26, 2018.

The return from a search warrant served on Site B for content information associated with User 1 revealed multiple IP addresses utilized to access the Site B account. One of those IP addresses, 108.51.154.213, was utilized on January 11, 2018 and resolved to Verizon FiOS. An administrative subpoena to Verizon for that IP address on that date revealed the subscriber to be Simon Walker,                    , Washington, DC    ,          ,          , username "sxw2006".

A federal grand jury subpoena was served on Kik for subscriber information for User 1's user name, "mrstonexyz". The return revealed a name of "The Stone", email address cutecollector@yandex.com, device type Android, and IP address of 70.110.19.113 on November 18, 2017 at 14:29 UTC. This is the same e-mail address that was previously determined to be

associated with Administrator 1. An administrative subpoena was served on Verizon for subscriber information for this IP address on that date and time. The return identified the subscriber as Simon Walker,             , Washington, DC    ,    ,        , username "sxw2006", and account creation date of August 11, 2017.

A review of open source and law enforcement sensitive databases revealed that as of April 12, 2018, Simon Xavier Walker, a black male, DOB    , lives at       ,Washington, DC. Based on this information, it does not appear that there are any additional individuals living at this apartment. Physical surveillance was conducted at        , Washington, DC on May 16, 2018 and a Chevrolet Impala bearing DC tag     was observed on the road outside the apartment complex at approximately 8:30 AM. According to the DC DMV, this vehicle is registered to Walker. Later the same day at approximately 2:09 PM, the same vehicle was observed in the parking lot of the business where Walker is believed to work.

## SEARCH WARRANT AND INTERVIEW

On May 31, 2018, a search warrant was executed at        , Washington, DC. Walker was present inside the apartment and answered the door upon execution of the warrant. Another individual was also present during the execution of the warrant, and that individual also lives in the apartment, in his own room. Pursuant to the search warrant, several of Walker's devices were seized, including an iPhone and Android phone, and some of the devices have been found to contain child pornography images and videos, as further described below.

During the course of the search, a voluntary interview with Walker was conducted. Walker was not initially forthcoming about his conduct related to child pornography or his online accounts noted above, and stated he had not accessed any websites where child pornography was being traded. The undersigned informed Walker that there were accounts and chats linked to Walker on

both Site A and Site B, including information related to trading child pornography on both sites linked to those accounts. In response, Walker stated that his life was over. Walker stated that he was a good person and worked with local children, ages 5-14 years old, as part of a church youth group on Friday evenings. Walker further stated that he did not abuse anyone and "it just happened" in reference to his involvement with child pornography. Walker did not want to use the words "child pornography," and it was agreed that the material would be called "stuff" throughout the course of the interview. Walker stated that all the "stuff" would be on his phone.

Walker stated that he started looking at and obtaining child pornography back in college on an old laptop using Limewire or Frostwire. Walker found other people who were interested in child pornography on Kik. He would find groups on Kik by using words like "trade" and "send to receive" (known as "s2r"). Walker stated he did not personally know anyone with whom he communicated and traded child pornography. Walker was asked if the child pornography he shared is mainly of boys under the age of 10 engaged in sexual acts, and he agreed.

Walker acknowledged he used Site B and that it worked like Kik. Walker initially provided his user name on Site B as "MikeWall", and when asked if it was actually "thegreatwalll", he acknowledged it was. Walker said he was not on the site for very long as the makers of Site B cancelled the app. Walker mainly communicated through Site B with the people he met on Kik because he was told by other users that it was easier to trade "stuff" on Site B. Walker stated that he did not create any groups on Site B and that he was only invited to them. Walker could not provide any screen names of anyone who shared a large amount of child pornography on Site B. Walker said that Site B users shared direct images/videos and links to cloud storage. Walker acknowledged having Mega (mega.nz) for cloud storage, including the Mega app, which is where he would obtain the images he would share with others. Walker would download what was

provided to him into his Mega account. Walker also acknowledged having a Dropbox account, but stated it was not very good so he did not really use it. However, Walker also acknowledged having the Dropbox app so he could receive and store some of the child pornography he received.

Walker initially stated he was not familiar with Site A. However, when asked if he was familiar with the name "CuteCollector", Walker stated he was familiar with the name. Walker then acknowledged he had the app but said he did not really use it. When asked if his username was "CuteCollector" or "CuteCollector C", Walker responded that it was something like that.

Walker said that he only has one Kik account, "appleheadjoe". But he stated that he chatted with a user with the name "mrstonexyz" on Kik and that "mrstonexyz" gave Walker his account information, and that he (Walker) had used the "mrstonexyz" account to communicate with others on Kik. Walker did not believe that the "mrstonexyz" account worked anymore.

<u>PRELIMINARY REVIEW OF WALKER'S CELL PHONE AND CLOUD STORAGE ACCOUNTS</u>

One of the devices seized during the search warrant was Walker's iPhone, which he stated would contain child pornography. Walker provided the password to the phone and consent for law enforcement to access the phone and his Mega.nz and Dropbox cloud accounts.

A preliminary review of Walker's Mega.nz and Dropbox accounts revealed hundreds of images and videos of child pornography and child erotica, much of which was categorized into various folders. Examples of the files found in those cloud storage accounts are as follows:

a. The video file titled "!!!NEW 2006!!! Starting my two daughters 02 (pthc).mpg" depicts a prepubescent female child on her back with her skirt pulled up exposing her vaginal area. What appears to be an adult male hand is seen rubbing the child's vaginal area with a finger. The hand then spreads apart her vaginal area while the camera zooms in closer.

b. The video file titled "VID-20151007-WA0020.mp4" depicts two prepubescent male children performing oral sex on each other and masturbating each other.

c. The video file titled "Afd_987.mp4" depicts a prepubescent female child on her back. An adult male penis is observed being rubbed on her vaginal/anal area.

d. The video file titled "(Ptch Falko) GIRL AND MUM LESBO THEN DAD (1).avi" depicts a prepubescent female child performing oral sex on an adult female. While the child is performing oral sex on the adult female, the video then zooms out, and a male hand can be seen touching the child's vaginal area from behind. The video then switches to show three females, one of whom appears to be the prepubescent child, licking an adult male penis. It is not clear if the other two females are children or adults.

e. The video file titled "Video 27.08.15 19 12 19.mp4" depicts an adult male penis having vaginal intercourse with a prepubescent female.

f. The video file titled "Video 25.08.15 20 25 10.mp4" depicts an adult male masturbating his penis while rubbing it on a young prepubescent female. The male attempts to insert the penis in the child's vaginal area.

A review of the available Kik chats on Walker's iPhone revealed that several individuals Walker communicated with shared an interest in children and/or child pornography, and sent him child pornography or child erotica, often in the form of a Mega.nz link. For example, an individual utilizing the name "p13278" sent Walker several Mega.nz links and a Dropbox link that contain child pornography. Walker also introduced himself as "cutecollector" during multiple Kik conversations and discussed with another Kik user their use of Site B and their interest in prepubescent children.

The iPhone also contained a record for a login to Site A using the email address Cutecollector@yandex.com on September 5, 2017, as well as a record for a login to Mega.nz using the email address thegreatwall221@gmail.com on October 10, 2017.

                                                                             Special Agent Jenny Cutalo-Patterson
Federal Bureau of Investigation

Sworn and subscribed to before me this _____ day of July, 2018.

                                                                             Deborah A. Robinson
United States Magistrate Judge